264 So.2d 580

In re Thomas **SULLIVAN**

v.

**STATE of Alabama.**

**Ex parte Thomas Sullivan.**

**7 Div. 931.**

Supreme Court of Alabama.

June 29, 1972.

John M. Baker, Fort Payne, for petitioner.

William J. Baxley, Atty. Gen., for the State.

BLOODWORTH, Justice.

Petition of Thomas Sullivan for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Sullivan v. State, 48 Ala.App. 347, 264 So.2d 576.

Writ denied.

HEFLIN, C. J., and MERRILL, COLEMAN, HARWOOD, MADDOX and McCALL, JJ., concur.